UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CARDENAS, | No. 2:14-cv-2529 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CLIFF ALLENBY, et al., | |
| Defendants. | |

Plaintiff, a California civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights which took place in Fresno County.[1] Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

---

[1] It appears as though plaintiff may be challenging, in part, his civil commitment under California's Sexually Violent Predators Act. Plaintiff is informed that if he seeks release from custody based upon improper commitment, he should file a petition for writ of habeas corpus under 28 U.S.C. § 2254 in the Sacramento Division of this court (since he was ordered committed in Sacramento County). Plaintiff cannot obtain his release through a § 1983 action.

1

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: November 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
card2529.22

2